**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| CARLOS ADAME-ZAPATA, | No. 08-74736 |
| Petitioner, | |
| | Agency No. A098-957-544 |
| v. | |
| | MEMORANDUM[*] |
| ERIC H. HOLDER, Jr., Attorney General, | |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted June 15, 2011[**]

Before:     CANBY, O'SCANNLAIN and FISHER, Circuit Judges.

Carlos Adame-Zapata, a native and citizen of Mexico, petitions for review of

a Board of Immigration Appeals order dismissing his appeal from an immigration

judge's (IJ) denial of his application for cancellation of removal.  Our jurisdiction

is governed by 8 U.S.C. § 1252.  We dismiss the petition for review.

---

[*]     This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision
without oral argument.  See Fed. R. App. P. 34(a)(2).

Adame-Zapata raises the unexhausted contention that he decided under duress not to move to suppress the Form I-213 Record of Deportable/Inadmissible Alien. We decline to address this contention, which the Board also declined to consider because Adame-Zapata waived this claim by not raising it before the IJ. *Ontiveros-Lopez v. INS*, 213 F.3d 1121, 1124 (9th Cir. 2000).

**PETITION FOR REVIEW DISMISSED.**